1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID W. RIDDELL,                          Case No.  2:21-cv-01188-JDP (PC)

12                      Plaintiff,               ORDER TRANSFERRING CASE TO THE
                                                 FRESNO DIVISION OF THE UNITED
13            v.                                 STATES DISTRICT COURT FOR THE
                                                 EASTERN DISTRICT OF CALIFORNIA
14    FRYE, *et al.*,

15                      Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C.

18    § 1983.  In his complaint, he alleges violations of his civil rights by defendants.  The alleged

19    violations took place in Kern County, which is part of the Fresno Division of the United States

20    District Court for the Eastern District of California.  *See* E.D. Cal. L.R. 120(d).

21           Under Local Rule 120(f), a civil action that has not been commenced in the proper

22    division of the court may, on the court's own motion, be transferred to the proper division.

23    Therefore, this action will be transferred to the Fresno Division of the court.

24           Accordingly, it is hereby ORDERED that:

25           1. This action is transferred to the United States District Court for the Eastern District of

26    California sitting in Fresno.

27           2. The Clerk of Court shall assign a new case number.

28           2. All future filings shall bear the new case number and shall be filed at:

1

1                  United States District Court
                Eastern District of California

2                  2500 Tulare Street
                Fresno, CA 93721

3

4  IT IS SO ORDERED.

5

6  Dated:    July 8, 2021                           
                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE